FILED IN
BUSINESS COURT OF TEXAS
BEVERLY CRUMLEY, CLERK
ENTERED
7/10/2025

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/18/2025 10:56:06 AM
CHRISTOPHER A. PRINE
Clerk



The Business Court of Texas,
1st Division

| | | |
|---|---|---|
| RIVERSIDE STRATEGIC CAPITAL FUND I, L.P.; RSCF BLOCKER TRUE HEALTH, LLC; and RSCF I-A BLOCKER TRUE HEALTH, LLC, *Plaintiffs*, <br><br> v. <br><br> CLG INVESTMENTS, LLC; CHRISTOPHER GROTTENTHALER; COVERT INVESTMENT OPERATIONS, LLC; TRUE HEALTH DIAGNOSTIC MANAGEMENT LLC; L. RICHARD COVERT; LCG VENTURES II, LLC; FERNANDO DE LEON; TIMOTHY TATROWICZ ALBA DURATA, LLC; TOM D. WIPPMAN, in his capacity as TRUSTEE OF THE TOM D. WIPPMAN REVOCABLE TRUST; MARK THOMAS SMITH; ALEXANDRA NETTESHEIM; KYLE NETTESHEIM; ROBERT J. OSTERHOFF; RJ INVESTMENTS; MATT MILBURN; MICHAEL A. CLEMENTS; MICHAEL OSTERHOFF; MELINDA L. MILBURN; KAREN A. MILLER; JACK NOVAK; EDWARD MCCAN; | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Cause No. 25-BC01B-0006 |

DANIEL GROTTENTHALER; §
ANITA GROTTENTHALER; DANA §
M. HOVIND; CHRISTIAN §
RICHARDS; CHRISTOPHER W. §
KLING; in his capacity as TRUSTEE §
OF CHRISTOPHER W. & MARISSA §
M. KLING REV TRUST U/A/D §
5/11/2012; KEVIN M. NELLIS; §
CAROL A. NELLIS; BRUCE §
ZIVIAN; RYAN NELLIS; and §
ANCELMO E. LOPES, *Defendants* §

═══════════════════════════════

## ORDER NUNC PRO TUNC

═══════════════════════════════

Before the court is the April 4, 2025, Motion for Summary Judgment by Fernando De Leon, LCG Ventures, LLC, LCG Ventures II, LLC, and Leon Capital Partners, LLC and the May 27, 2025, joinder in that motion by CLG Investments, LLC, Christopher Grottenthaler, Covert Investment Operations, LLC, True Health Diagnostic Management, LLC, Richard Covert, Timothy Tatarowicz, Alba Durata, LLC, Melinda Milburn, Jack Novak, and Dana Hovind. Having considered the pleadings, plaintiffs' response and their motion for continuance, the summary judgment evidence, and the parties' briefing and oral argument heard on July 3, 2025, the court concludes as follows:

Defendants conclusively established that all of plaintiffs' causes of action accrued no later than December 6, 2019—when the related bankruptcy proceedings were substantially consummated (Pet. ¶ 77)—more than for years before the filing of this action. Therefore, all of plaintiffs' claims against the above-listed defendants are barred under the applicable statutes of limitations.

Further, plaintiffs did not raise a genuine issue of material fact concerning fraudulent concealment after that date. Therefore, the statutes of limitations were not tolled between that date and the filing of this action.

Additionally, plaintiffs did not carry their burden of establishing grounds supporting their motion for continuance.

Accordingly, because December 6, 2019, is more than four years before this lawsuit was filed on January 23, 2025, causes of action against the above-listed defendants are barred by the applicable statutes of limitations and are dismissed with prejudice.

So ORDERED.

_____
BILL WHITEHILL
Judge of the Texas Business Court,
First Division

SIGNED: July 10, 2025

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 103018523
Filing Code Description: No Fee Documents
Filing Description: Order Nunc Pro Tunc on motion for summary judgment
Status as of 7/11/2025 10:37 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Morgan DMeyer | | morgan.meyer@wickphillips.com | 7/11/2025 10:26:54 AM | SENT |
| Sean Lemoine | | sean.lemoine@wickphillips.com | 7/11/2025 10:26:54 AM | SENT |
| Rashella Widdoes - Paralegal | | widdoes@RoggeDunnGroup.com | 7/11/2025 10:26:54 AM | SENT |
| Camille Youngblood | | camille.youngblood@wickphillips.com | 7/11/2025 10:26:54 AM | SENT |
| Rogge Dunn | | Dunn@RoggeDunnGroup.com | 7/11/2025 10:26:54 AM | SENT |
| Chinar Hassan | | chinar.hassan@wickphillips.com | 7/11/2025 10:26:54 AM | SENT |
| Zachary Farrar | | Zachary.Farrar@wickphillips.com | 7/11/2025 10:26:54 AM | SENT |
| Ashley A.Hutcheson | | ashley.hutcheson@wickphillips.com | 7/11/2025 10:26:54 AM | SENT |
| Adam Gogolak | | amgogolak@wlrk.com | 7/11/2025 10:26:54 AM | SENT |
| William Savitt | | wdsavitt@wlrk.com | 7/11/2025 10:26:54 AM | SENT |
| Michael Avi-Yonah | | MSAviYonah@wlrk.com | 7/11/2025 10:26:54 AM | SENT |
| Business Court 1B | | BCDivision1B@txcourts.gov | 7/11/2025 10:26:54 AM | SENT |
| Barb Morgan | | barb.morgan@wickphillips.com | 7/11/2025 10:26:54 AM | SENT |
| Karina Enriquez | | karina.enriquez@wickphillips.com | 7/11/2025 10:26:54 AM | SENT |
| Lane Webster | | webster@RoggeDunnGroup.com | 7/11/2025 10:26:54 AM | SENT |
| Ryan Downton | | ryan@thetexastrialgroup.com | 7/11/2025 10:26:54 AM | SENT |